UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICAH QUANG PLAEHN,<br><br>　　　　　　Defendant. | No. CR-93-185-JLQ<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE WITH LEAVE TO RENEW |

　　　　The Defendant's Motion For Early Termination Of Supervised Release is DENIED, with leave to renew in May of 2007, upon successful completion of two years of Supervised Release.

　　　　The Defendant is commended on his appropriate conduct on Supervised Release and expects that such will continue until his supervision is terminated, and thereafter.

　　　　The Clerk of this court shall enter this Order and forward copies to counsel and U.S. P. O. Tommy Rosser.

　　　　**DATED** this 13th day of December 2006.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1