UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>MICAH QUANG PLAEHN,<br><br>              Defendant. | No. CR-93-185-JLQ<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The Defendant's Motion For Early Termination Of Supervised Release (C.R. 44) is GRANTED and the Defendant is released from Supervised Release with congratulations from the court to Mr. Plaehn on the exemplary record he has established while on Supervised Release.

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 5th day of June 2007.

                     s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1